UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)

_____X          CASE NO. **10-CR-00471**

UNITED STATES OF AMERICA,

       Plaintiff.

vs.

NEVIN SHAPIRO,

       Defendant.
_____X

## ORDER ON MR. SHAPIRO'S MOTION REQUESTING LEAVE TO CONTINUE SENTENCING

**THIS MATTER** came before the Court upon Mr. Shapiro's Motion Requesting Leave to Continue Sentencing.

**THE COURT**, having reviewed the motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Defendant's Motion Requesting Leave to Continue Sentencing is HEREBY ~~GRANTED~~ *DENIED*.

The Defendant's Sentencing is hereby scheduled for: *April 26, 2011*

DONE AND ORDERED in Chambers, ~~in Miami, Florida,~~ this *22nd* day of February, 2011.

_____
THE HONORABLE JUDGE SUSAN D. WIGENTON
UNITED STATED DISTRICT JUDGE

DATED:

cc:    Assistant United States Attorney Justin W. Arnold
        Attorney Maria Elena Pérez, Esq.