Nevin Shapiro
#61311-050
Federal Prison Camp
Maxwell Air Force Base
Montgomery, Al. 36112

January.22,2018

Clerk of The Court
United States District Court
District of New Jersey-(Newark)
 U.S Courthouse
 50 Walnut Street-(Room#4015)
Newark,NJ 07102

ATTN:Prison Inmate Correspondence

 RE:2:10-cr-00471-SDW-1
 (Judgement in a Criminal Case)

To Whom it may concern:

   At your earliest convienience,please forward me a copy of the judgement in a criminal case (DE# 30) in the above captioned matter.I have been unable to secure a copy from any other source.
   Thank you for your attention to this matter.If you require any additional information,please contact me.

Respectfully,

61311-050

Nevin Karey Shapiro #61311-050



61311-050
Nevin Shapiro
1001 Willow ST
Maxwell AFB, AL 36112

Clerk Of-Court
50 Walnut ST
Room#4015
Newark, NJ 07102