Nevin Shapiro
61311-050
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL  36112

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 FEB 22  P 2: 59

February 17, 2019

Clerk of The Court
U.S District Court
District of New Jersey (Newark)
United States Courthouse
50 Walnut Street-(Room-4015)
Newark, NJ 07102

RE: 2:10-CR-471-SDW-1

To Whom it May Concern,

  On or about January 22, 2019, I requested a copy of my Judgement in a Criminal Case. The request was assigned Docket Number 46. I received the copy of my Judgement on or about February 12, 2019. According to the Notice of Electronic Filing associated therewith (copy enclosed), notice was sent by regular U.S Mail to Barbara Ann Murray, Westport, Ct.
  Sometime, on or before September 4, 2013, Barbara Murray attempted to inject herself into my case with the filing of a "Show Cause" application and order. Murray may or may not have had an interest in a prior criminal case--97-CR-6063, Captioned United States v Richard Adam. Judge Wigenton denied Murray's attempt, citing jurisdictional issues, and ordered everything returned to Murray{-see:DE#41}(Copy enclosed)..
  I respectfully request that Barbara Ann Murray no longer be given notice and removed from receiving any further documents in my case. Thank you for your attention to this matter.

Respectfully,
                                                    61311-050
Nevin K. Shapiro #61311-050

Case 2:10-cr-00471-SDW   Document 41   Filed 09/04/13   Page 1 of 1 PageID: 216

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,    Criminal No. 2:10-cr-471-SDW

Plaintiff,

v.                            ORDER

NEVIN SHAPIRO,

Defendant.                    Denied *

It is hereby ordered for AUSA Lauren Jorgenson to show cause why she should not be held in contempt of this District Court for the destruction of documents under her supervision regarding the crimes of Nevin Shapiro in 97-CR-6063, including evidence obtained by F.B.I. surveillance of Shapiro up to year 1997 memorialized in an F.B.I. affidavit filed in 97-CV-2729 [SDFL].

AUSA Jorgensen is ordered to give the date, time, location, who gave the order to destroy, the number of pages destroyed, the company which destroyed them and show the receipt from said company of case file 97-CR-6063.

AUSA Jorgenson is ordered to show what notice she gave Barbara Murray of the destruction of the case file of 97-CR-6063, who at the time was a prisoner in custody under probation who still had civil rights for the maintaining of said case file.

AUSA Jorgenson is ordered to show accounting of all finances in 97-CR-6063 in her response including an accounting of the $140 million outlined by attorney Vince Aprile as being unaccounted.

AUSA Jorgenson is ordered to show all restitution owed to the victims of 97-CR-6063 and what, if any was paid by Nevin Shapiro's stepfather Richard Adam.

AUSA Jorgenson has fifteen days from the issuance of this order to comply.

\* This Court has no jurisdiction over the issues raised by the application. Any issues raised regarding 97-CR-6063 are not before this Court.

USDJ
Sept 4, 2013

Page 3 of 3

**Other Documents**
2:10-cr-00471-SDW USA v. SHAPIRO **CASE CLOSED on 06/14/2011**

CLOSED

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2019 at 2:39 PM EST and filed on 1/28/2019
**Case Name:** USA v. SHAPIRO
**Case Number:** 2:10-cr-00471-SDW
**Filer:**
**Document Number:** 46

**Docket Text:**
**Letter from NEVIN SHAPIRO re Requesting a copy of his Judgment (Forwarded to Files and Records) (mrd, )**

**2:10-cr-00471-SDW-1 Notice has been electronically mailed to:**

JACOB T. ELBERG    jacob.elberg@usdoj.gov, caseview.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

JUSTIN W. ARNOLD    justin.arnold@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

MARIA ELENA PEREZ    mari2much@aol.com

**2:10-cr-00471-SDW-1 Notice has been sent by regular U.S. Mail:**

BARBARA ANN MURRAY
P.O. BOX 3121
WESTPORT, CT 06880

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/4/2019] [FileNumber=12173094-0
] [93c2144c696312e4dc8f19ed719eb3ec78e88296472d80152421ed6a0de7ae8b958
c0b281b134edb19ca47ee2eb7241a22f27a1d14d14375d9312f60ae2ff1ed]]

61311-050
Nevin Shapiro
1001 Willow ST
Maxwell AFB, AL 36112

Clerk of Court
50 Walnut ST
Room#4015
Newark, NJ 07102

07102-357015

2019 FEB 22 P 2:59

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT