

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**WILLIAM T. WALSH**
CLERK

July 15, 2019

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Nevin K. Shapiro
#61311-050
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

    Re:    United States of America
            v. Nevin K. Shapiro
            Case No. 2:10-CR-00471(SDW)

Dear Mr. Shapiro:

    The Court is in receipt of your communications filed January 28, 2019, February 1, 2019, and February 22, 2019, as well as the Motion for Action on Prior Filings filed May 20, 2019. Each of these filings have been reviewed.

    It appears that the matters you raise with the Court are directly related to the Chapter 7 jointly administered estates of Capital Investments USA, Inc. and Nevin Karey Shapiro, Case Nos. 09-36408 and 09-36418, filed in the U.S. Bankruptcy Court for the Southern District of Florida. To date, this Court has not received any money from the Bankruptcy Trustee to be applied towards the $82,657,362.29 Restitution ordered by this Court pursuant to the Judgment on Conviction dated June 14, 2011. I have enclosed for your reference a redacted copy of the Case Inquiry Report which reflects payments of $200.00 applied to the Special Penalty Assessment and $1,427.15 applied to Victim Restitution.

    For additional information, you may want to contact the Bankruptcy Trustee concerning money recovered and any distributions made to creditors in the Bankruptcy proceedings.

                                      Very truly yours,

                                      WILLIAM T. WALSH, CLERK

                                      By: Denise S. Howard, Finance Manager

Enclosure
cc: Honorable Susan D. Wigenton, U.S.D.J.

# U.S. Courts
## Case Inquiry Report
Case Num: DNJX210CR000471;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

Case Number  DNJX210CR000471    Case Title  USA VS NEVIN SHAPIRO

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PAR3433 | NEVIN SHAPIRO | PCCA2017 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| 001 | PAR3433 | NEVIN SHAPIRO | PCCA2017 | VICTIM RESTITUTION | | 82,657,362.29 | 1,427.15 | 82,655,935.14 |
| | | | | | | 82,657,562.29 | 1,627.15 | 82,655,935.14 |