BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP
666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530



MID-ISLAND NY 117

31 OCT 2022PM

quadient
FIRST-CLASS MAIL
$000.57
10/31/2022 ZIP 11530
043M30230445

US POSTAGE

Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608



RECEIVED

NOV 03 2022

08608-150020