**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**SUSAN D. WIGENTON**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING JR.<br>FEDERAL BUILDING & COURTHOUSE<br>50 WALNUT ST., ROOM 5060<br>NEWARK, NJ 07101-0999 |

November 8, 2022

Martin H. Tankleff, Esq.
Barket, Esptein, Kearon, Aldea & LoTurco, LLP
666 Old Country Road, Suite 700
Garden City, NY 11530

    Re:    United States v. Nevin Shapiro
              <u>Crim. No. 10-471</u>

Dear Mr. Tankleff:

    The Court is in receipt of your October 31, 2022 letter requesting Mr. Nevin Shapiro's entire criminal case file including all discovery and FBI records.

    This Court is not in possession of the documents requested. Your request must be addressed to counsel who represented Mr. Shapiro at the time.

                                        Very truly yours,

                                        Susan D. Wigenton
                                        United States District Judge
                                        For the District of New Jersey