<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 10-471 (SDW) |
| v. | **ORDER** |
| NEVIN SHAPIRO, | September 20, 2024 |
| Defendant. | |

**WIGENTON, District Judge.**

**THIS MATTER** having come before this Court upon *pro se* Defendant Nevin Shapiro's ("Defendant") Motion for Compassionate Release (D.E. 53 ("Motion")) under the First Step Act, 18 U.S.C. § 3582(c)(1)(A)(i), and this Court having considered the parties' submissions, for the reasons set forth in this Court's Opinion dated September 20, 2024,

**IT IS**, on this 20th day of September 2024,

**ORDERED** that Defendant's Motion is **DENIED**.

**SO ORDERED.**

                                                  /s/ Susan D. Wigenton
                                          **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties