<u>LAW OFFICES OF MONIQUE K. POPE, P.A.</u>
A Professional Corporation
1101 Brickell Avenue
South Tower, 8th Floor
Miami, FL 33131
(305) 424-1650
monique@mkpopelaw.com

---

March 24, 2025



Monique K. Pope, Esq.
Law Offices of Monique K. Pope, P.A.
1101 Brickell Avenue
South Tower, 8th Floor
Miami, FL 33131
monique@mkpopelaw.com
(305) 424-1650

**<u>VIA EMAIL and CERTIFIED MAIL</u>**
The Honorable Susan D. Wigenton
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Subject: Request for Travel Authorization for Mr. Nevin Shapiro, *U.S. v. Shapiro*, *10-471 (SDW)*.**

Dear Judge Wigenton:

Our offices represent Mr. Nevin Shapiro in the above-referenced matter. We respectfully request authorization for our client, Nevin Shapiro, **Case Number # 10-471 (SDW), *United States v. Shapiro***, to travel freely for upcoming and pending employment purposes, as this travel is a prerequisite for Mr. Shapiro retaining a permanent employment position with his present employer. For reference,

1

Former President Joseph R. Biden granted Mr. Shapiro executive clemency on December 12, 2024, and our offices are currently preparing his formal pardon application to be submitted for review and consideration. Mr. Shapiro commenced his three-year term of supervised release on December 20, 2024, and has completed the mandatory 60-day waiting period for purposes of authorized travel eligibility.

Mr. Shapiro has secured employment, which is presently pending approval from the United States Probation Office of the Southern District of Florida; Mr. Shapiro's United States Probation Officer, Ms. Serena Crosdale, is copied on this notice regarding our travel authorization request. Mr. Shapiro has been offered a permanent AA employment position – ***Title: "Administrative Assistant"*** – with Beyond the Media Group, Corp., a small yet fast-growing media company located in and domiciled here in South Florida. Our offices have confirmed with their Human Resources representative that Mr. Shapiro's position would require regular monthly travel to various locations across and within the United States alongside the BTM's production team(s). Rather than submitting frequent, individual travel requests every other week, we respectfully request this honorable Court grant a permanent authorization for his broader, ongoing employment-related travel within the state of Florida as well as within and throughout the United States. Granting this formal request will enable Mr. Shapiro to fully assume his professional responsibilities, thereby facilitating his reintegration into society as a productive and law-abiding citizen.

Additionally, this employment opportunity will enable Mr. Shapiro to fulfill his remaining restitution obligations, thereby demonstrating his unwavering commitment to meeting all of his outstanding financial responsibilities. Given his full compliance with the terms of his supervised release and his steadfast dedication to rehabilitation, we respectfully request that this honorable Court grant our formal request for Mr. Shapiro's employment-related travel. Our client and our office stand ready to provide any additional information or supplemental documentation needed for consideration in this request and are prepared to adhere to any additional conditions the Court may deem necessary.

We appreciate the Court's time and consideration in this matter. Please do not hesitate to contact me directly should further clarification or documentation be

required. We are fully prepared to provide any additional information that may assist the Court in making an informed decision.

Respectfully submitted,

*Monique K. Pope, Esq.*

Monique K. Pope, Esq.
**Law Offices of Monique K. Pope, P.A.**
1101 Brickell Avenue
South Tower, 8th Floor
Miami, FL 33131
monique@mkpopelaw.com
Attorney for Nevin Shapiro

CC: Mr. Serena Crosdale, United States Probation Officer, Southern District of Florida